IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ASTER LEGESSE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 03-0824-CV-W-DW |
| ) | |
| A. ZEREGA'S SONS, INC. ) | |
| ) | |
| and ) | |
| ) | |
| A. ZEREGA'S SONS, INC.- ) | |
| LS REDEVELOPMENT CORPORATION, ) | |
| ) | |
| Defendants. ) | |

# ORDER

Before the Court is the parties' stipulation of dismissal with prejudice (Doc. 68). Pursuant to the stipulation, the Court ORDERS that this case is DISMISSED WITH PREJUDICE, with each party to bear its own costs. See Fed. R. Civ. P. 41(a)(1). The clerk of court shall mark this case as closed.

SO ORDERED.

/s/ DEAN WHIPPLE
Dean Whipple
United States District Judge

Date: October 14, 2005